UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civil No. 00-CV-2733 JRT/FLN

**CARPENTERS & JOINERS WELFARE FUND, TWIN CITY CARPENTERS PENSION FUND, TWIN CITY CARPENTERS APPRENTICESHIP FUND, NATIONAL APPRENTICESHIP TRAINING FUND, TWIN CITY CARPENTERS VACATION FUND TRUSTS,**

Plaintiff,

vs.

**CJ'S CONSTRUCTION SERVICE, INC. and DEAN JOHNSON, Individually,**

Defendants.

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER FOR MONEY JUDGMENT**

This matter was brought before the Court on November 29, 2001, by the Plaintiff for entry of a money judgment pursuant to this Court's Order dated July 18, 2001, which Ordered the Defendants to submit to an audit by producing the documents requested, and provided that Plaintiff move for entry of judgment after the audit was completed.

**FINDINGS OF FACT**

1. On July 18, 2001 this case was heard by the Court upon Plaintiff's motion seeking an Order for Default Judgment.

2. The July 18, 2001 Order provided for judgment in the amount of $21,862.69 for contributions and liquidated damages for the audit of December, 1999 through May, 2000 and the month of September, 2000

FILED 12/13/01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD DEC 13 2001
DEPUTY CLERK

3. This Court also Ordered that Defendants submit records for a payroll audit for the months of June, 2000 through July, 2001, and that the amounts due and owing pursuant to that audit, and for fees and costs, would be determined after a hearing.

4. Plaintiff performed an audit of Defendant's payroll records and prepared a Payroll Audit Invoice. According to the Invoice, $39,939.30 in contributions are owing for the period of the audit.

5. As is provided in the Agreements between the parties, Plaintiff is entitled to liquidated damages in the amount of 10%. Liquidated damages total $3,993.93.

6. Defendants have failed to pay the amount owing pursuant to the invoice.

7. Plaintiff has incurred $2,772.50 in legal fees and $407.70 in costs associated with this action.

## CONCLUSIONS OF LAW

8. Defendants owe $21,862.69 pursuant to the July 18, 2001 Order.

9. Defendants owe contributions in the amount of $39,939.30 for the period of June, 2000 through July, 2001.

10. Defendants owe $ 3,993.93 in liquidated damages for that period.

11. The reasonable fees and costs which Plaintiff has incurred in prosecution of this matter total $3,180.20.

## ORDER FOR JUDGMENT

IT IS HEREBY ORDERED:

1. That Plaintiff's application for Entry of a Money Judgment is granted.

2. That the Clerk enter judgment in favor of Plaintiff and against Defendants, jointly or order, as follows:

a. In favor of the Fund in the amount of $21,862.69 as Ordered in the July 18, 2001 Order;

b. In favor of the Fund in the amount of $39,939.30 for contributions delinquent and unpaid for the period June, 2000 through July, 2001.

c. In favor of the Fund in the amount of $ 3,993.93 for liquidated damages for that period;

d. In favor of the Fund in the amount of $3,180.20, as and for, reasonable attorney's fees and costs.

e. In favor of the Plaintiffs in the total amount of $68,976.12.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: Dec. 13, 2001

John R. Tunheim
Judge of District Court